DEVIN FOK (SBN #256599)
**DHF Law, PC**
16 N. Marengo Ave., Suite 403
Pasadena, CA 91101
Telephone: (888) 651-6411
Facsimile: (818) 484-2023
devin@devinfoklaw.com

Attorneys for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, on behalf of the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>SECURTEST, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-07344-RS<br><br>**ORDER STIPULATION REGARDING CONTINUANCE OF MOTION FOR CLASS CERTIFICATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Based upon the parties' Stipulation Regarding Continuance of Motion for Class Certification and for good cause appearing,

IT IS HERE BY ORDERED that the motion for class certification hearing date is continued to September 3, 2020.

Dated: 3/12/2020

By: _____
Hon. Richard Seeborg, United States District Court Judge