DEVIN FOK (SBN #256599)
**DHF Law, PC**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Telephone: (888) 651-6411
Facsimile: (818) 484-2023
devin@devinfoklaw.com

Attorneys for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, on behalf of the proposed class,<br><br>   Plaintiff,<br><br>   v.<br><br>SECURTEST, INC.; and DOES 1-10 inclusive,<br><br>   Defendants. | CASE NO. 3:18-cv-07344-RS<br><br>ORDER<br>**STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Honorable Richard Seeborg<br><br>Complaint Filed: September 21, 2018<br>Complaint Removed: December 5, 2018 |

Pursuant to Local Rule 7-12, Plaintiff John Doe ("Plaintiff") and Defendants Securtest, Inc. and Pacific Protection Services, Inc. ("Defendants")(collectively hereinafter the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

1. On April 26, 2021 the Parties filed a Notice of Settlement and Stipulation to Stay Litigation (ECF-40). The same day the Court entered an Order staying litigation in this matter and continuing the hearing on Plaintiff's Motion for Class Certification to September 2, 2021 (ECF-41).

2. The Parties have been diligently working on negotiating the terms of their settlement agreement and will finalize their settlement agreement shortly

1. to present to the Court through a motion for preliminary settlement approval.

3. Accordingly, Plaintiff requests that the hearing on Plaintiff's Motion for Class Certification be continued for ninety (90) days to December 2, 2021.

## STIPULATION

The Parties agree and stipulate that good cause exists to continue the hearing date for the Motion for Class Certification to December 2, 2021, and respectfully request that this Court continue the hearing date pursuant to the Parties' stipulation.

Dated:   August 25, 2021          DHF LAW, PC

                                  By: */s/ Devin H. Fok*
                                      Devin Fok

                                  Attorneys for Plaintiff and Proposed Class

Dated:   August 25 , 2021         HINSHAW AND CULBERTSON

                                  By:  */s/Justin M. Penn*
                                       Justin Michael Penn
                                       Attorneys for Defendants
                                       Securtest Inc. and Pacific Protection Services, Inc.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Richard Seeborg]

2

Case No. 3:18-cv-07344-RS
Stipulation to Continue Motion for Class Certification