Devin H. Fok, Esq. (SBN #256599)
Ainat Kiewe, Esq. (SBN #207439)
**DHF Law, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Phone Number: (888) 651-6411
Fax Number: (818) 484-2023
E-mail: devin@devinfoklaw.com

Attorneys for Individual and Representative Plaintiffs
[Counsel for Defendant listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regmon Hawkins, individually, on behalf of proposed class,<br><br>        Plaintiff,<br><br>v.<br><br>Securtest, Inc., Pacific Protection Services, Inc., and DOES 1 – 10 inclusive,<br><br>        Defendants. | Case No.:3:18-cv-07344-RS<br><br>**JOINT MOTION FOR PRELIMINARYAPPROVAL OF THE PROPOSED SETTLEMENT**<br><br>Date: July 14, 2022<br>Time: 1:30 p.m.<br>Courtroom: 3 – 17th Floor<br>Judge: Honorable Richard Seeborg<br>Complaint Filed: September 21, 2018<br>Complaint Removed: December 5, 2018 |

        Pursuant to Fed. R. Civ. P. 23 and for the reasons discussed in the accompanying Memorandum of Points and Authorities[1] filed by the Plaintiff contemporaneously with the instant Joint Motion, Plaintiff Regmon Hawkins, ("Plaintiff") and Defendants SecurTest, Inc. and Pacific Protection Services, Inc. (collectively "Defendants")  respectfully move the Court for preliminary approval of their class action settlement. In support thereof, the Parties respectfully submit:

        1.        On December 5, 2018, defendant SecurTest removed this Class Action

---

[1] Defendants do not oppose the filing of Plaintiff's supporting memorandum, and believe the Court should preliminary approve this class settlement.

Complaint from Superior Court of Alameda County.  (ECF No. 1)

2.      Defendant SecurTest filed its Answer on January 23, 2019. (ECF 15) Defendant Pacific Protection filed its Answer on May 16, 2019. (ECF 29)

3.      The parties set about conducting informal pre-mediation discovery, and exchanging mediation briefs setting out their respective positions.  After exchanging substantial position statements and discovery on the class issues, the mediation session was held on January 29, 2021, with the mediation conducted by Michael E. Dickstein, an exceptionally experienced and well-respected mediator.

4.      This mediation was successful, and the parties ultimately signed a Class Action Settlement Agreement.

5.      Pursuant to the terms set forth in the Settlement Agreement the Parties now jointly seek an Order that finds the following:

      a.      Finding that the requirements of the Federal Rules of Civil Procedure and any other requirements for certification of a settlement class have been satisfied, and certify the Settlement Class;

      b.      Providing that the Settlement shall apply to the Settlement Class;

      c.      Preliminarily approve the Settlement Agreement as fair, reasonable, and adequate;

      d.      Finding that the class notice procedure  satisfies the requirements of due process and applicable law and procedure;

      e.      Apprising the Settlement Class of their right to opt out of or object to the Settlement;

      f.      Setting the time period for opting out and/or filing objections, such date to be not more than ninety (90) days after the date of mailing of the Short Form Class Notice to members of the Settlement Class;

      g.      Setting a date for the hearing at which the Court will finally

-2-

1    determine the fairness, reasonableness, and adequacy of the

2    proposed Settlement (the "Final Fairness Hearing"), such date to be

3    not less than one hundred and twenty (120) days after the date of

4    mailing of the Short Form Class Notice to members of the

5    Settlement Class;

6    h.    Appointing Regmon Hawkins as class representative for the

7    Settlement Class; and

8    i.    Appointing DHF Law, PC as class counsel to the Settlement Class.

9    For good cause shown, this Joint Motion for Preliminary

10    Settlementn Approval should be granted.

11    WHEREFORE, the Parties jointly request the Court enter an Order, a copy of

12    which is filed herewith, and for any other relief the Court deems fair and just.

13

14    COUNSEL FOR PLAINTIFFS

15

16    By: _____    Date: June 2, 2022

17    Devin H. Fok
      DHF LAW, P.C.

18    2304 Huntington Drive, Suite 210
      San Marino, CA 91108

19    Telephone:    (888) 651-6411
      Fax:            (818) 484-2023

20

21

22    COUNSEL FOR SECURTEST, INC.

23

24

25    By: _____    Date: June 2, 2022

26    Justin M. Penn
      HINSHAW & CULBERTSON LLP

27    350 South Grand Avenue, Suite 3600

28
      _____
                                          -3-
      NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY SETTLEMENT
                                        APPROVAL
                              Case No. 3:18-cv-07344-RS

1    Los Angeles, CA 90071
     Telephone:    (310) 909-8036
2    Fax:          (213) 614-7390

3

4

5    COUNSEL FOR PACIFIC PROTECTION SERVICES, INC.

6

7

8    By: _____    Date: June 2, 2022

9    Justin M. Penn
     HINSHAW & CULBERTSON LLP
10   350 South Grand Avenue, Suite 3600
     Los Angeles, CA 90071
11   Telephone:    (310) 909-8036
     Fax:          (213) 614-7390

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -4-
     NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY SETTLEMENT
                                   APPROVAL
                          Case No. 3:18-cv-07344-RS