Devin H. Fok, Esq. (SBN #256599)
Ainat Kiewe, Esq. (SBN #207439)
**DHF Law, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Phone Number: (888) 651-6411
Fax Number: (818) 484-2023
E-mail: devin@devinfoklaw.com

Attorneys for Individual and Representative Plaintiffs
[Counsel for Defendant listed on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regmon Hawkins, individually, on behalf of proposed class,<br><br>Plaintiff,<br><br>v.<br><br>Securtest, Inc., Pacific Protection Services, Inc., and DOES 1 – 10 inclusive,<br><br>Defendants. | Case No.:3:18-cv-07344-RS<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT**<br><br>Date: December 8, 2022<br>Time: 1:30 p.m.<br>Courtroom: 3 – 17th Floor<br>Judge: Honorable Richard Seeborg<br>Complaint Filed: September 21, 2018<br>Complaint Removed: December 5, 2018 |

Pursuant to Fed. R. Civ. P. 23 and for the reasons discussed in the accompanying Memorandum of Points and Authorities[1] filed by the Plaintiff contemporaneously with the instant Joint Motion, Plaintiff Regmon Hawkins, ("Plaintiff") and Defendants SecurTest, Inc. and Pacific Protection Services, Inc. (collectively "Defendants") respectfully move the Court for preliminary approval of their class action settlement. In support thereof, the Parties respectfully submit:

   1.   On December 5, 2018, defendant SecurTest removed this Class Action

---

[1] Defendants do not oppose the filing of Plaintiff's supporting memorandum, and believe the Court should preliminary approve this class settlement.

NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY SETTLEMENT
APPROVAL
Case No. 3:18-cv-07344-RS

Complaint from Superior Court of Alameda County. (ECF No. 1)

2. Defendant SecurTest filed its Answer on January 23, 2019. (ECF 15) Defendant Pacific Protection filed its Answer on May 16, 2019. (ECF 29)

3. The parties set about conducting informal pre-mediation discovery, and exchanging mediation briefs setting out their respective positions. After exchanging substantial position statements and discovery on the class issues, the mediation session was held on January 29, 2021, with the mediation conducted by Michael E. Dickstein, an exceptionally experienced and well-respected mediator.

4. This mediation was successful, and the parties ultimately signed a Class Action Settlement Agreement.

5. Pursuant to the terms set forth in the Settlement Agreement the Parties now jointly seek an Order that finds the following:

    a. Finding that the requirements of the Federal Rules of Civil Procedure and any other requirements for certification of a settlement class have been satisfied, and certify the Settlement Class;

    b. Providing that the Settlement shall apply to the Settlement Class;

    c. Preliminarily approve the Settlement Agreement as fair, reasonable, and adequate;

    d. Finding that the class notice procedure satisfies the requirements of due process and applicable law and procedure;

    e. Apprising the Settlement Class of their right to opt out of or object to the Settlement;

    f. Setting the time period for opting out and/or filing objections, such date to be not more than ninety (90) days after the date of mailing of the Short Form Class Notice to members of the Settlement Class;

    g. Setting a date for the hearing at which the Court will finally

-2-
NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY SETTLEMENT
APPROVAL
Case No. 3:18-cv-07344-RS

determine the fairness, reasonableness, and adequacy of the proposed Settlement (the "Final Fairness Hearing"), such date to be not less than one hundred and twenty (120) days after the date of mailing of the Short Form Class Notice to members of the Settlement Class;

h. Appointing Regmon Hawkins as class representative for the Settlement Class; and

i. Appointing DHF Law, PC as class counsel to the Settlement Class. For good cause shown, this Joint Motion for Preliminary Settlementn Approval should be granted.

WHEREFORE, the Parties jointly request the Court enter an Order, a copy of which is filed herewith, and for any other relief the Court deems fair and just.

COUNSEL FOR PLAINTIFFS

By: _____  Date: October 27, 2022
Devin H. Fok
DHF LAW, P.C.
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Telephone: (888) 651-6411
Fax: (818) 484-2023

COUNSEL FOR SECURTEST, INC.

By: _____  Date: October 27, 2022
Justin M. Penn
HINSHAW & CULBERTSON LLP
350 South Grand Avenue, Suite 3600

Los Angeles, CA 90071
Telephone: (310) 909-8036
Fax: (213) 614-7390

COUNSEL FOR PACIFIC PROTECTION SERVICES, INC.

By: _____  Date: October 27, 2022
Justin M. Penn
HINSHAW & CULBERTSON LLP
350 South Grand Avenue, Suite 3600
Los Angeles, CA 90071
Telephone: (310) 909-8036
Fax: (213) 614-7390