1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Devin H. Fok, Esq. (SBN #256599)
Ainat Kiewe, Esq. (SBN #207439)
**DHF Law, P.C.**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Phone Number: (888) 651-6411
Fax Number: (818) 484-2023
E-mail:  devin@devinfoklaw.com

Attorneys for Individual and Representative Plaintiffs
[Counsel for Defendant listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regmon Hawkins, individually, on behalf of proposed class,<br><br>        Plaintiff,<br><br>v.<br><br>Securtest, Inc., Pacific Protection Services, Inc., and DOES 1 – 10 inclusive,<br><br>        Defendants. | Case No.:3:18-cv-07344-RS<br><br>**JOINT RENEWED MOTION FOR PRELIMINARYAPPROVAL OF THE PROPOSED SETTLEMENT**<br><br>Date: December 7, 2023<br>Time: 1:30 p.m.<br>Courtroom: 3 – 17th Floor<br>Judge: Honorable Richard Seeborg<br>Complaint Filed: September 21, 2018<br>Complaint Removed: December 5, 2018 |

Pursuant to Fed. R. Civ. P. 23 and for the reasons discussed in the accompanying Memorandum of Points and Authorities[1] filed by the Plaintiff contemporaneously with the instant Joint Renewed Motion, Plaintiff Regmon Hawkins, ("Plaintiff") and Defendants SecurTest, Inc. and Pacific Protection Services, Inc. (collectively "Defendants") respectfully move the Court for preliminary approval of their amended class action settlement. In support thereof, the Parties respectfully submit:

1.      On December 5, 2018, defendant SecurTest removed this Class Action

_____

[1] Defendants do not oppose the filing of Plaintiff's supporting memorandum, and supports the request for preliminary approval of this settlement.

NOTICE OF MOTION AND JOINT RENEWED MOTION FOR PRELIMINARY
SETTLEMENT APPROVAL
Case No. 3:18-cv-07344-RS

Complaint from Superior Court of Alameda County.  (ECF No. 1)

2.    Defendant SecurTest filed its Answer on January 23, 2019. (ECF 15) Defendant Pacific Protection filed its Answer on May 16, 2019. (ECF 29)

3.    The parties set about conducting informal pre-mediation discovery, and exchanging mediation briefs setting out their respective positions.  After exchanging substantial position statements and discovery on the class issues, the mediation session was held on January 29, 2021, with the mediation conducted by Michael E. Dickstein, an exceptionally experienced and well-respected mediator.

4.    This mediation was successful, and the parties ultimately signed a settlement agreement which was thereafter amended by the parties. ("Amended Settlement Agreeement").

5.    Defendants have also entered into a Settlement, Release and Covenant Not to Sue Agreement with Plaintiff in full and final settlement of Plaintiff's individual claims. Plaintiff can provide the Court with a copy of the individual settlement for an in camera review should the Court wish to see it.

6.    Pursuant to the terms set forth in the Amended Settlement Agreement the Parties now jointly seek an Order that finds the following:

        a.    Finding that the requirements of the Federal Rules of Civil Procedure and any other requirements for certification of a settlement class have been satisfied, and certify the Settlement Class;

        b.    Providing that the Settlement shall apply to the Settlement Class;

        c.    Preliminarily approve the Amended Settlement Agreement as fair, reasonable, and adequate;

        d.    Finding that the class notice procedure satisfies the requirements of due process and applicable law and procedure;

        e.    Apprising the Settlement Class of their right to opt out of or object

-2-

1      to the Settlement;

2          f.      Setting the time period for opting out and/or filing objections, such

3                  date to be not more than ninety (90) days after the date of mailing

4                  of the Short Form Class Notice to members of the Settlement Class;

5          g.      Setting a date for the hearing at which the Court will finally

6                  determine the fairness, reasonableness, and adequacy of the

7                  proposed Settlement (the "Final Fairness Hearing"), such date to be

8                  not less than one hundred and twenty (120) days after the date of

9                  mailing of the Short Form Class Notice to members of the

10                 Settlement Class;

11         h.      Appointing Regmon Hawkins as class representative for the

12                 Settlement Class; and

13         i.      Appointing DHF Law, PC as class counsel to the Settlement Class.

14                 For good cause shown, this Joint Renewed Motion for Preliminary

15                 Settlementn Approval should be granted.

16      WHEREFORE, the Parties jointly request the Court enter an Order, a copy of

17 which is filed herewith, and for any other relief the Court deems fair and just.

18
19 COUNSEL FOR PLAINTIFFS

20
21 By: _____          Date: September 21, 2023

22      Devin H. Fok
        DHF LAW, P.C.
23      2304 Huntington Drive, Suite 210
        San Marino, CA 91108
24      Telephone:    (888) 651-6411
        Fax:          (818) 484-2023
25

26

27

28
                                        -3-

1

2

3

4    COUNSEL FOR SECURTEST, INC.

5

6

7

8    By:    _____                    Date: September 21, 2023
      Justin M. Penn
9     HINSHAW & CULBERTSON LLP
      350 South Grand Avenue, Suite 3600
10    Los Angeles, CA 90071
      Telephone:    (310) 909-8036
11    Fax:          (213) 614-7390

12

13

14   COUNSEL FOR PACIFIC PROTECTION SERVICES, INC.

15

16

17   By:    _____    Date: September 21, 2023
      Justin M. Penn
18    HINSHAW & CULBERTSON LLP
      350 South Grand Avenue, Suite 3600
19    Los Angeles, CA 90071
      Telephone:    (310) 909-8036
20    Fax:          (213) 614-7390

21

22

23

24

25

26

27

28
                                    -4-