UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOES 1-5,

    Plaintiff,

v.

SECURTEST INC, et al.,

    Defendants.

Case No. 18-cv-07344-RS

**ORDER DISMISSING CASE**

Parties were advised in the previous standby order that if no response were filed, the action would be dismissed without further notice. Dkt. 80. No response has been filed and the time for doing so has expired. The case is accordingly dismissed.

**IT IS SO ORDERED**.

Dated: September 25, 2024

_____
RICHARD SEEBORG
Chief United States District Judge